191 So.2d 144

**Lloyd JACKSON, Sr., et al.**

v.

**GULF INSURANCE COMPANY et al.**

No. 48355.

Nov. 7, 1966.

In re: Lloyd Jackson, Sr., et al. applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 188 So.2d 84.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.